Lawrence W. Miles, Jr. (#95522)
  larry@milesfirm.com
Brady D. McLeod (#205273)
  brady@milesfirm.com
**THE MILES LAW FIRM,**
**A Professional Corporation**
3838 Watt Ave., Suite 301
Sacramento, CA 95821
Phone 916-973-9674
Fax 916-973-9684

Attorneys for Defendant Steven Metheny

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHN VASSEL, | No. 2:13-CV-02520-KJM-CMK |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFENDANT STEVEN METHENY'S DEFAULT & ORDER THEREON** |
| vs. | |
| CARSON HELICOPTERS, INC.; CARSON HELICOPTER SERVICES, INC.; STEVE METHENY; and LEVI PHILLIPS, | |
| Defendants. | |

Plaintiff MATTHEW JOHN VASSEL hereby stipulates that the Default entered by him against Defendant STEVEN METHENY on May 30, 2014, be set aside for good-cause shown.

June 9, 2014                              June 9, 2014

BARR & MUDFORD                            THE MILES LAW FIRM,
                                          A Professional Corporation

_____                 _____
TROY DOUGLAS MUDFORD                      LAWRENCE W. MILES, JR.
Attorney for Plaintiff                    Attorney for Defendant Steven Metheny

**ORDER OF THE COURT**

The parties having stipulated to good-cause shown, the Court orders that the Default entered against Defendant STEVEN METHENY on May 30, 2014, be set aside.

DATED: June 12, 2014.

_____
UNITED STATES DISTRICT JUDGE