ROGER W. CLARK, ESQUIRE (#108982)
Email: Rclark@cgold.cc
ROBERT D. GOLDBERG, ESQUIRE (#137356)
Email: Rgoldberg@cgold.cc
**THE CLARK LAW GROUP**
11355 W. Olympic Blvd., Suite 303
Los Angeles, California 90064
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Plaintiff
**HOUSTON CASUALTY COMPANY**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, | CASE NO. 2:14-cv-01377-KJM-CMK |
| Plaintiff, | *Related Matter:* 2:13-cv-02520-KJM-CMK |
| vs. | **STIPULATED JUDGMENT AND ORDER** |
| STEVE METHENY; LEVI PHILLIPS, and MATTHEW JOHN VASSEL; and DOES 1 to 10, inclusive, | |
| Defendants. | |

This Stipulated Judgment is entered into by and between plaintiff HOUSTON CASUALTY COMPANY, a Texas corporation (hereinafter "HCC") on the one hand and defendant LEVI PHILLIPS ("Phillips") on the other pursuant to the terms of the Settlement Agreement dated February 16, 2015.

1. **The Carson Policy**

On or about April 1, 2008, Houston Casualty issued to Carson Helicopters, Inc. and Carson Helicopter Services, Inc. (the "Carson Companies") as a Named Insured an aviation insurance policy, policy number 013755-016, originally effective April 1, 2008 to April 1, 2009 (hereinafter the "Carson Policy"). Phillips was an employee of the Carson Companies and an insured under the Carson Policy.

**2. The Accident**

On August 5, 2008, Sikorsky S-61N helicopter with federal registration number N612AZ ("the Accident Aircraft") crashed while being flown from a helispot designated as H-44 in Trinity County, California ("the Accident"). The Accident Aircraft was scheduled under the Carson Policy. Seven firefighters, the Carson pilot and a United States Forest Service employee were killed in the Accident. The Carson co-pilot and three firefighters were seriously injured.

**3. The Vassel Action**

Plaintiff Matthew John Vassel ("Vassel"), an employee with the United States Fire Service brought suit against the Carson Companies, Steve Metheny and Phillips in the United States District Court for the Eastern District of California on December 5, 2013, alleging a single claim for fraud and deceit against all defendants ("the Vassel Lawsuit"). Phillips tendered his defense of the Vassel Lawsuit to HCC.

**4. Declaratory Judgment Action**

HCC filed a complaint for declaratory judgment naming Vassel, Metheny and Phillips, requesting that the court make a determination on the coverage dispute that the Carson Policy does not

apply to the claims alleged against Metheny and Phillips in the Lawsuit, and therefore Houston Casualty has no duty to defend or indemnify the defendants in the Vassel Lawsuit.

### 5. **Settlement Agreement**

On February 16, 2015, Houston Casualty entered into a Settlement Agreement ("Agreement") with Phillips under which Phillips fully released HCC from all claims arising out of the Accident and the Carson Policy.

### 6. **Disclaimer of Coverage.**

Phillips acknowledges and agrees that no coverage exists under the Carson Policy for claims alleged against Phillips in the Vassel Lawsuit, and that Phillips is not entitled to a defense or indemnity from Houston Casualty against any claims alleged against him in the Vassel Lawsuit.

### 7. **Entry of Judgment.**

A Stipulated Judgment shall be entered in favor of HCC and against Phillips in the above referenced action with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: February 16, 2015        **THE CLARK LAW GROUP**

                                By:  *s/Roger W. Clark*
                                     ROGER W. CLARK
                                     Attorneys for Plaintiff
                                     **HOUSTON CASUALTY COMPANY**

DATED: February 16, 2015        **THE RYAN LAW GROUP**

                                By:  *s/Timothy J. Ryan*
                                     TIMOTHY J. RYAN
                                     Attorneys for Defendant
                                     **LEVI PHILLIPS**

## **JUDGMENT AND ORDER**

Based upon the stipulation of the parties and good cause being shown, judgment is entered in favor of Plaintiff Houston Casualty Company and against Defendant Levi Phillips. Each party is to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: February 24, 2015

_____
UNITED STATES DISTRICT JUDGE